# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**REBECKA VIRDEN, et al**                         **PLAINTIFFS**

v.         Case No. 2:23-cv-02071-PKH

**CRAWFORD COUNTY, ARKANSAS, et al,**      **DEFENDANTS**

## MOTION TO UPDATE AND CORRECT LISTED DEFENDANTS

COMES NOW, Plaintiffs, by and through their attorneys, Terrence Cain and Brian Meadors, and state:

1. Plaintiffs' counsel used the Crawford County website to ascertain Quorum Court members. Plaintiffs' counsel has learned that the current Quorum Court members differ from the website as of May 26, 2023; also, one member's name had been truncated in the complaint, and the caption should reflect the updated list of Defendants.

2. The changes to the body of the complaint would be:

> 3. Crawford County's Quorum Court is comprised of these thirteen justices of the peace, sued in their official capacity only: Robert Kevin Arnold, Lonnie Myers, Morgan R. Morgan, ~~Michael Morrison~~ Jason Peppas, Brad Martin, Mark Shaffer, Lonnie Jennings, Tia Woodruff, Jason Cox, Jeff ~~Beau~~ Beaucamp, Craig Wahlmeier, Mitch Carolan, and Roger Atwell.

WHEREFORE, Plaintiffs pray that the Court: order the parties to be added and joined as discussed above; allow the filing of an amended complaint reflecting those changes; and such other relief as allowed by law.

Respectfully submitted,

/s/ Terrence Cain

Terrence Cain, Ark. Bar # 99128
Attorney for Plaintiffs
208 Brown Street
Little Rock, AR 72205-5841
501-952-8421
terrencecain@windstream.net

/s/ Brian Meadors

Brian Meadors, Ark. Bar # 2001186
Attorney for Plaintiffs
1930 W. Oak Shadows Cir
Memphis, TN 38119
980-867-1371
brianmeadors@gmail.com