UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**REBECKA VIRDEN, et al**　　　　　　　　　　　　　　　**PLAINTIFFS**

v.　　　　　　　Case No. 2:23-cv-02071-PKH

**CRAWFORD COUNTY, ARKANSAS, et al,**　　　**DEFENDANTS**

### BRIEF IN SUPPORT OF PLAINTIFF'S
### MOTION TO UPDATE AND CORRECT LISTED DEFENDANTS

COMES NOW, Plaintiffs, by and through their attorneys, Terrence Cain and Brian Meadors, and state:

1. Fed. R. Civ. Proc. 15(a) allows amendment of a complaint "as a matter of course" within 21 days of service. In this case, the complaint has not yet been formally served.

2. Fed. R. Civ. Proc. 21 allows parties to be added and removed with the Court's permission.

3. In this case, allowing the changes does not prejudice the as-yet unserved Defendants and promotes justice by ensuring the proper officials are named in the suit.

WHEREFORE, Plaintiffs pray that the Court: order the parties to be added and joined as discussed in the accompanying motion; allow the filing of

an amended complaint reflecting those changes; and such other relief as allowed by law.

    Respectfully submitted,

| <u>/s/ Terrence Cain</u> | <u>/s/ Brian Meadors</u> |
|---|---|
| Terrence Cain, Ark. Bar # 99128 | Brian Meadors, Ark. Bar # 2001186 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| 208 Brown Street | 1930 W. Oak Shadows Cir |
| Little Rock, AR 72205-5841 | Memphis, TN 38119 |
| 501-952-8421 | 980-867-1371 |
| terrencecain@windstream.net | brianmeadors@gmail.com |