## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**REBECKA VIRDEN, et al,**                                       **PLAINTIFFS**

        **v.**                        **Case No. 2:23-cv-02071-PKH**

**CRAWFORD COUNTY, ARKANSAS,**
**et al,**                                                       **DEFENDANTS**

### PLAINTIFFS' VERIFIED MOTION FOR A
### TEMPORARY RESTRAINING ORDER
### AND PRELIMINARY INJUNCTION

COMES NOW, Plaintiffs, by and through their attorneys, Terrence Cain and Brian Meadors, pursuant to Fed. R. Civ. Proc. 65, and state:

### Facts

1. The accompanying affidavit of Plaintiff Rebecka Virden is incorporated.

2. A public library like the Crawford County library system is a "public forum" as that term of art is used in First Amendment jurisprudence.

3. In late 2022, early 2023, the Crawford County Quorum Court began a series of actions intended to, and resulting in, the stigmatization of certain books (primarily books that show tolerance for the LGBTQ+ community) by placing a prominent color label on them, giving them a special designation in

the card (now electronic) catalog, and moving the books to a separate "Social Issue Collection."

4. The "Social Issue Collection" contains books for all ages but have this common theme: based on statements made by one or more of the Defendants, the books create, for Crawford County, the discomfort and unpleasantness that accompanies an unpopular viewpoint.

5. The Defendants are engaging in viewpoint and content discrimination by requiring its library board and librarian to label and sequester books based on their viewpoint or content.

6. The Quorum Court's direction to label and sequester the books on the basis of viewpoint and content was admitted by Tammi Hamby and the then-librarian Deidre Gryzmala in the Jan 10, 2023, Crawford County Library Board meeting:

> **Tammi Hamby**  1:13:48
> Ok, last item on the agenda. Deidre, you're going to speak of the compromise with the Quorum Court?
>
> **Deidre Gryzmala**  1:13:51
> Yes. Okay, so the quorum court meeting was on December 19. Per the quorum court, we have reached a compromise about the LGBTQ books in the library system. Each branch has moved all of the LGBTQ kids books into a new section, so they have their own section. It is within the adult section, which we are calling "S" for social. They are a separated collection in the catalog. They were

moved to the adult section and there and if there are any books that we missed, just alert the staff, and we can get it switched over. We also put color label covers on the books for staff so that books do not get shelved in the wrong area. When the staff person sees the label, they know that it'll go in this separate section. Every branch has already moved all their books over and we also place signs in this area and other areas of the library that say children 10 and under must be accompanied by an adult or guardian in the library at all times, which this statement is also in our policy. And I also like to point out that in order for a child, anyone under 18, to get a library card, their parent or guardian has to give them consent and sign for their card.

7. For example, the "Social Issue Collection" contains *Uncle Bobby's Wedding, Cinderelliot, A Scrumptious Fairytale, and The Big Book of Pride Flags*.

8. These books are wholly appropriate for placement in the children's section of a public library.

    a. *Uncle Bobby's Wedding*

      Goodreads description is "Bobby and Jamie are getting married, but Bobby's niece Chloe is worried that she won't be his favorite person anymore. Will Uncle Bobby still think she is special? Sarah Brannen's warm story is set in an alternative family as Uncle Bobby marries his boyfriend. Uncle Bobby's Wedding embraces Bobby's relationship with Jamie, but keeps its focus where it truly belongs: on an uncle and niece's love for each other."

b. *Cinderelliot, A Scrumptious Fairytale*

The book retells the Cinderella story, but has gay characters.

c. *The Big Book of Pride Flags*

Goodreads describes this book as having "fun facts, simple explanations and a short history of each flag accompanying beautiful illustrations, children will uncover the history of Pride and be introduced to different genders and sexual orientations. There's also a blank Pride flag design at the back of the book so that children can create their very own Pride flag!"

The County's censorship of *Pride Flags* showcases that the censorship has nothing to do with "grooming," "pornography," or "exposing children to explicit sexual ideas or imagery." <u>This is a book about flags and the LGBTQ+ community</u>. Crawford County censors the group because of its policy to target, stigmatize, silence, and hate LGBTQ+ people and their ideas.

9. Crawford County's stigmatization (i.e., content and viewpoint discrimination) of the "Social Issue Collection" books arises from impermissible religious considerations.

10. Preliminary, equitable relief is necessary because even after the fling

of the Complaint, the Defendants have continued to segregate and stigmatize books on the basis of impermissible content and viewpoint discrimination.

11. Defendants actions violate 42 USC § 1983 and the First Amendment, as applied to the states by the 14th Amendment. Specifically:

    a. restricts the Plaintiffs' right to receive information.

    b. is a violation of the Establishment Clause.

    c. is viewpoint discrimination.

    d. is content discrimination.

12. Plaintiffs' injury is an irreparable loss of First Amendment rights.

## Relief Sought

13. Plaintiffs pray that the Court order a temporary restraining order

    a. to (i) the Defendants; (ii) the Defendants' officers, agents, servants, employees, and attorneys; and (iii) other persons who are in active concert or participation with anyone described in (i) or (ii) above.

    b. order those listed in (a) to:

        1. restore and maintain its books and future acquisitions to the same administrative controls and processes as they existed in June 2022.

        2. In the alternative, in the future cataloging, categorization, and placement of books, to immediately return to same administrative

controls and processes as they existed in June 2022

14. Plaintiffs pray that this court waive any bond requirement that may otherwise be required for the relief sought herein.

15. Plaintiffs further pray that the Court ultimately convert its temporary restraining order to a preliminary (and then permanent) injunction.

CERTIFICATE OF SERVICE:  This document was filed on the CM/ECF system on July 6, 2023, and therefore all Defendants' counsel will have been served upon filing.

Respectfully submitted,

PLAINTIFFS REBECKA VIRDEN, et al.

| /s/ Terrence Cain | /s/ Brian Meadors |
|---|---|
| Terrence Cain, Ark. Bar # 99128<br>Attorney for Plaintiffs<br>208 Brown Street<br>Little Rock, AR 72205-5841<br>501-952-8421<br>terrencecain@windstream.net | Brian Meadors, Ark. Bar # 2001186<br>Attorney for Plaintiffs<br>1930 W. Oak Shadows Cir<br>Memphis, TN 38119<br>980-867-1371<br>brianmeadors@gmail.com |

Oath under 28 U.S.C. § 1746: I declare under penalty of perjury that the foregoing [averments in the numbered paragraphs in the motion] is true and correct.

Executed on $\underline{07 - 02 - 23}$.

Rebecka Virden