# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**REBECKA VIRDEN, et al,**                         **PLAINTIFFS**

v.                  Case No. 2:23-cv-02071-PKH

**CRAWFORD COUNTY, ARKANSAS,**
**et al,**                                            **DEFENDANTS**

## PLAINTIFFS' MOTION FOR CERTAIN FINDINGS

1. In *Fayetteville Public Library, et al. v. Crawford County, et al.*, No. 5:23-CV-05086, 2023 WL 4845636 (W.D. Ark. July 29, 2023), Judge Brooks made two findings of fact with respect to Crawford County that go to the heart of the dispute in the case at bar.

2. The first finding is:

    According to the Complaint, Crawford County's library board, whose members are appointed by County Judge Keith, interpreted Section 5 to mean they were permitted to "*segregate constitutionally protected materials*" on the basis of viewpoint alone.

(emphasis added).

3. The second finding is

> There is photographic evidence to prove *Crawford County has already moved* many books from the children's section to a restricted "adults-only" section *in keeping with its interpretation of Section 5*.

(emphasis added).

4. Judge Brooks's findings act as offensive nonmutual collateral estoppel against Crawford County.

5. Therefore, Plaintiffs ask this Court to find that Crawford County has engaged and is continuing to engage in viewpoint discrimination.

Respectfully submitted,

REBECKA VIRDEN, et al, PLAINTIFFS

| /s/ Terrence Cain | /s/ Brian Meadors |
|---|---|
| Terrence Cain, Ark. Bar # 99128 | Brian Meadors, Ark. Bar # 2001186 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| 208 Brown Street | 1930 W. Oak Shadows Cir |
| Little Rock, AR 72205-5841 | Memphis, TN 38119 |
| 501-952-8421 | 980-867-1371 |
| terrencecain@windstream.net | brianmeadors@gmail.com |