IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**REBECKA VIRDEN, on their own behalf and
on behalf of their minor children; SAMANTHA
ROWLETT, on their own behalf and on behalf
of their minor children; NINA PRATER, on their
own behalf and on behalf of their minor children**            **PLAINTIFFS**

vs.                        No. 2:23-cv-2071-PKH

**CRAWFORD COUNTY, ARKANSAS,** *et al,*                    **DEFENDANTS**

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND
THE COMPLAINT AND SUBSTITUTE PARTIES**

COME NOW Defendants, Crawford County, Arkansas, County Judge Chris Keith, Interim Library Director Eva White, Quorum Court Members: Robert Kevin Arnold, Lonnie Myers, Morgan R. Morgan, Jason Peppas, Brad Martin, Mark Shaffer, Lonnie Jennings, Tia Woodruff, Jason Cox, Jeff Beaucamp, Craig Wahlmeier, Mitch Carolan, and Roger Atwell, and Library Board Members: Keith Pigg, Collen Hoelscher, Tammara Hamby, Amanda Stevens, and Kaelin Schaper ("Defendants"), all in their official capacities, by and through their undersigned counsel, and for their Response to Plaintiffs' Motion for Leave to Amend Their Complaint, *Doc. 37*, states as follows:

1. On December 4, 2023, Plaintiffs moved for leave to amend their complaint for the second time. *Docs. 37*, *37-1*, *37-2*.

2. Defendants do not oppose the motion for leave to amend and for Plaintiffs to file their Second Amended Complaint, as shown in *Doc. 37-1*.

1

3.   Defendants reserve all rights and arguments granted to them in any responsive pleading or motion to Plaintiffs' Second Amended Complaint, including answers, affirmative defenses, and any motion permitted by the Federal Rules of Civil Procedure.

4.   Defendants pray that after Plaintiffs are granted leave and file their Second Amended Complaint, that Defendants be allowed fourteen (14) days to file a responsive pleading or motion to Plaintiffs' Second Amended Complaint. FED. R. CIV. P. 15.

WHEREFORE, Defendants do not oppose Plaintiffs' Motion for Leave to Amend and respectfully request that the Court allow Defendants fourteen (14) days to file a responsive pleading or motion to Plaintiffs' Second Amended Complaint.

    Respectfully Submitted,

    **PPGMR Law, PLLC**

    James D. Rankin III, AR Bar #93197
    Forrest C. Stobaugh, AR Bar #2018186
    Samuel S. McLelland, AR Bar #2020101
    P.O. Box 3446
    Little Rock, AR 72203
    Telephone: (501) 603-9000
    Facsimile: (501) 603-0556
    E-mail: Jim@ppgmrlaw.com
           Forrest@ppgmrlaw.com
           Sam@ppgmrlaw.com

    *Attorneys for Defendants*