IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**REBECKA VIRDEN, on their own behalf and
on behalf of their minor children; SAMANTHA
ROWLETT, on their own behalf and on behalf
of their minor children; NINA PRATER, on their
own behalf and on behalf of their minor children**   **PLAINTIFFS**

vs.   No. 2:23-cv-2071-PKH

**CRAWFORD COUNTY, ARKANSAS, *et al*,**   **DEFENDANTS**

### DEFENDANTS' STATEMENT OF UNDISPUTED FACT
### IN SUPPORT OF SUMMARY JUDGMENT

COME NOW Defendants, Crawford County, Arkansas, County Judge Chris Keith, Interim Library Director Eva White, Quorum Court Members: Robert Kevin Arnold, Lonnie Myers, Morgan R. Morgan, Jason Peppas, Brad Martin, Mark Shaffer, Lonnie Jennings, Tia Woodruff, Jason Cox, Jeff Beauchamp, Craig Wahlmeier, Mitch Carolan, and Roger Atwell, and Library Board Members: Keith Pigg, Kayla Rich, Tammara Hamby, Robby Dyer, and Kaelin Schaper ("Defendants"), all in their official capacities, by and through their undersigned counsel, and for their Motion for Summary Judgment and pursuant to Local Rule 56.1, state:

### UNDISPUTED FACT

**The Crawford County Library System and the Social Sections**

1. **Fact**: Crawford County Library System has five branches. *Doc. 63-9* at 15. The five branches are located in Alma, Mulberry, Cedarville, Mountainburg, and Van Buren. The Van Buren branch serves as the main library branch for the Crawford County Library System. *Doc. 63-9* at 11.

2. **Fact**: Four of the five branches of the Crawford County Library System have a Social Section. *Doc. 63-9* at 15. Those branches are Van Buren, Mountainburg, Cedarville, and Alma. *Doc. 63-9* at 15; *Doc. 63-4* at 37; *Doc. 63-12* at 5–26.

3. **Fact**: The Social Sections at the Van Buren, Mountainburg, and Alma locations contain children's books, non-fiction books, fiction books, and young adult books. *Doc. 63-12* at 5–26.

4. **Fact**: The Social Section at the Cedarville branch does not contain children's books. *Doc. 63-1* at 7, 65–66.

5. **Fact**: The pictures attached to Tammi Hamby's Declaration as Declaration Exhibit 1 are accurate reflections of the Social Sections in Van Buren, Alma, Cedarville, and Mountainburg branches as of approximately December 11, 2023. *Doc. 63-13*.

6. **Fact**: The pictures attached to Tammi Hamby's Declaration as Declaration Exhibit 1 are accurate reflections of where the Social Section was located at the Mulberry Branch prior to it being removed. *Doc. 63-13*.

7. **Fact**: The videos attached to Tammi Hamby's Declaration as Declaration Exhibits 2, 3, 4, and 5 are accurate reflections of the Social Sections' locations at the Van Buren, Alma, Cedarville, and Mountainburg branches as of approximately December 11, 2023. *Doc. 63-13*.

8. **Fact**: The video attached to Tammi Hamby's Declaration as Declaration Exhibits 6 is an accurate reflection of the Social Section's prior location at the Mulberry branch. *Doc. 63-13*.

9. **Fact**: The Social Section and the books in the Social Section remain available to all library patrons regardless of age. *Doc. 63-13* at ¶; *Doc. 63-1* at 21 (Plaintiff Prater explaining how she and her children go to the Social Section to checkout material).

10. **Fact**: The social section is not restricted to adults only. *Doc. 63-1* at 5; *Doc. 63-2* at 7; *Doc. 63-3* at 7; *Doc. 63-5* at 4; *Doc. 63-6* at 6; *Doc. 63-7* at 7.

11. **Fact**: There is no divider, door, or physical barrier in place that is designed to separate the Social Sections from the other sections of the Crawford County Library or restrict any patrons' access. *Doc. 63-1* at 21; *Doc. 63-12* at ¶7.

12. **Fact**: The Crawford County Library System has a system-wide general policy that children under the age of ten should be accompanied by an adult. *Doc. 63-12* at ¶8; *Doc. 63-1* at 21.

13. **Fact**: The Crawford County Library System does not require parental permission to enter into or check out materials from the Social Section. *Doc. 63-12* at ¶9**;** *See Doc. 63-2* at 7; *Doc. 63-3* at 7; *Doc. 63-5* at 4; *Doc. 63-6* at 6; *Doc. 63-7* at 7.

14. **Fact**: The Crawford County Library System does not require a patron to have a librarian's permission to enter into or check out materials from the Social Section. *Doc. 63-12* at ¶9; *See Doc. 63-2* at 7; *Doc. 63-3* at 7; *Doc. 63-5* at 4; *Doc. 63-6* at 6; *Doc. 63-7* at 7.

15. **Fact**: The Social Section is not located behind any circulation desk of any branch of the Crawford County Library System. *Doc. 63-12* at ¶7.

16. **Fact**: The only requirement to checkout a book from the Social Section, or any section of the Library, is to have a library card. *Doc. 63-1* at 5, 21; *Doc. 63-12* at ¶16.

17. **Fact**: The Social Section was created by former Crawford County Library Director Deidre Grzymala. *Doc. 63-1* at 4; *Doc. 63-4* at 37; *Doc. 63-9* at 6; *Doc. 63-12* at ¶¶10, 13; *Doc. 63-11* at ¶4.

18. **Fact**: Director Gryzmala created the Social Section as a "compromise." *Doc. 63-1* at 5, *Doc. 63-10* at 5.

19. **Fact**: Director Gryzmala had the authority to create the Social Section. *Doc. 63-12* at 32–34; *Doc. 63-11* at ¶4; ARK. CODE ANN. § 13-2-402.

20. **Fact**: Director Gryzmala determined which books should be relocated to the Social Section. *Doc. 63-12* at ¶¶10, 11; *Doc. 63-11* at 8; *Doc. 63-4* at 11, 37; *Doc. 63-9* at 6.

21. **Fact**: Director Gryzmala selected material that may be considered inappropriate for some children. *Doc. 63-10* at 5; *Doc. 63-12* at 10; *Doc. 63-12* at 4.

22. **Fact**: Director Gryzmala selected material that contained graphic images that could be considered inappropriate for children. *Doc. 63-10* at 7, 9; *Doc. 63-12*.

23. **Fact**: Director Gryzmala expanded the scope of her relocation efforts and the reason she did that is known only to her. *Doc. 63-14* at 4; *Doc. 63-12* at ¶13.

24. **Fact**: Director Gryzmala placed green stickers along the spine of the books for the purpose of identifying them for sorting. *Doc. 63-12* at ¶¶10, 11.

25. **Fact**: The Crawford County Library System uses spine-stickers to identify other books, including Romance, Young Adult, Western, Large Print, and Christian. *Doc. 63-12* at ¶12.

26. **Fact**: The Plaintiffs do not seek to have Crawford County remove spine stickers that are in use for non-Social Section books. *Doc. 63-4* at 44.

27. **Fact**: Crawford County Library seeks to maintain the use of the Social Section to provide a place for books with inappropriate material for children while ensuring the material still remains accessible to patrons. *Doc. 63-10* at 5; *Doc. 63-12* at 7, 10; *Doc. 63-14* at 4.

28. **Fact**: The appropriateness of the material is determined by the community standards. *Doc. 63-14* at 4.

29. **Fact**: Crawford County Library System has a Reconsideration Policy that allows community members to ask that books be moved or taken out of the library, including the Social Section. *Doc. 63-12* at ¶14.

30. **Fact**: The Crawford County Library Board decides the dispositions of book challenges filed under the Reconsideration Policy. *Doc. 63-12* at ¶14.

31. **Fact**: The Crawford County Library Board previously limited the number of reconsiderations allowed by one community member due to the overwhelming number of requests. However, the Library Board has the authority to remove that limitation. *Doc. 63-12* at ¶15.

32. **Fact**: The Justices of the Quorum Court approve appropriations for the Crawford County Library System. *Doc. 63-10* at 2; *Doc. 63-11* at ¶6.

33. **Fact**: The Library System is overseen by the Crawford County Library Board. *Doc. 63-10* at 6; *Doc. 63-11* at ¶5.

**The Plaintiffs and Their Claims**

34. **Fact**: Plaintiff Nina Prater and her two minor children, TLKP and WJMP, are residents of Crawford County, Arkansas. *Doc. 63-1* at 24.

35. **Fact**: Plaintiff Nina Prater and her two minor children, TLKP and WJMP, are patrons of the Crawford County Library System. *Doc. 63-1* at 4. They primarily use the Cedarville Branch of the Crawford County Library System. *Doc. 63-1* at 4. They do not use the other branches of the Crawford County Library System. *Doc. 63-1* at 4.

36. **Fact**: Plaintiff Nina Prater is asserting a single claim against Defendants on behalf of herself and her minor children. *Doc. 63-1* at 3. The claim is that the Crawford County Library System's use of Social Sections infringes on Nina Prater and her minor children's right to receive information. *Doc. 41*.

37. **Fact**: Plaintiff Samantha Rowlett, her minor children—SES and JRR—and step-children—KGR and HMR—are residents of Crawford County. *Doc. 63-4* at 3, 4, 48.

4

38. **Fact**: Plaintiff Samantha Rowlett does not have legal custody of two of her minor step-children, KGR and HMR. *Doc. 63-4* at 10. KGR and HMR are Samantha Rowlett's step-children. *Id.*

39. **Fact**: Custody of KGR and HMR is held by their father, Samantha Rowlett's now husband, and the father's ex-wife. *Doc. 63-4* at 10.

40. **Fact**: Plaintiff Samantha Rowlett, her minor children, and step-children—KGR, HMR, SES, and JJR—are patrons of the Crawford County Library System. *Doc. 63-4* at 11, 36, 46. They primarily use the Alma Branch of the Crawford County Library System, but also go to the Van Buren Branch. *Doc. 63-4* at 11, 36.

41. **Fact**: Plaintiff Samantha Rowlett is asserting a single claim against Defendants on behalf of herself and four minor children. *Doc. 63-4* at 3; *Doc. 41*. The claim is that the Crawford County Library System's use of Social Sections infringes on Samantha Rowlett, her minor children, and step-children's—KGR, HMR, SES, and JJR—right to receive information. *Doc. 41*.

42. **Fact**: Plaintiff Rowlett has given "a bunch" of interviews regarding her lawsuit and Crawford County's use of Social Section. *Doc. 63-4* at 17.

43. **Fact**: Plaintiff Rowlett has donated books to the Cedarville Branch that she believes "fit the criteria for the social shelf. *Doc. 63-4* at 42.

44. **Fact**: Plaintiff Rebecka Virden and her two minor children, WLV and TJV, are residents of Crawford County. *Doc. 63-9* at 31.

45. **Fact**: Plaintiff Rebecka Virden and her two minor children, WLV and TJV, are patrons of the Crawford County Library System. *Doc. 63-9* at 35. They primarily use the Van Buren Branch of the Crawford County Library System. *Doc. 63-9* at 10, 35.

46. **Fact**: Plaintiff Rebecka Virden is asserting a single claim against Defendants on behalf of herself and her minor children. *Doc. 63-9* at 10. The claim is that the Crawford County Library System's use of Social Sections infringes on Rebecka Virden and her minor children's right to receive information. *Doc. 41*.

**Nina Prater and her Minor Children's Library Use**

47. **Fact**: Nina Prater can and does access the Social Section. *Doc. 63-1* at 21.

5

48. **Fact**: Plaintiff Prater's children can and do go to the Social Section. *Doc. 63-1* at 21; *Doc. 63-2* at 4; *Doc. 63-3* at 7.

49. **Fact**: Due to the Social Section, Plaintiff Prater and her children are not able to browse in the same manner as they once did.  *Doc. 63-1* at 15; *See also Doc. 63-9* at 21 (Plaintiff Virden explaining that her co-plaintiffs believe their browsing is incomplete).

50. **Fact**: Plaintiff Prater reviews some books that her children select to determine if they are appropriate. *Doc. 63-1* at 20.

51. **Fact**: Plaintiff Prater and her minor children "usually" browse the library independently of each other.  *Doc. 63-1* at 12; *Doc. 63-2* at 6–7; *Doc. 63-3* at 3.

52. **Fact**: Plaintiff Prater is not concerned she will be judged for selecting reading material from the Social Section, if the green sticker is removed.  *Doc. 63-1* at 7.

53. **Fact**: Plaintiff Prater's minor child, TLKP, goes to the library with either her mom or dad, depending on the day of the week TLKP visits the library. *Doc. 63-2* at 5.

54. **Fact:** Plaintiff Prater and her minor children use interlibrary loan to checkout books from other branches of the Crawford County Library System.  *Doc. 63-1* at 11.

55. **Fact**: TLKP visits the young adult section, the children's section, and sometimes the adult fiction section of the library. *Doc. 63-2* at 5. TLKP mostly looks around at the library. *Doc. 63-2* at 6.

56. **Fact**: TLKP checks out chapter books from the young adult section and graphic novels from the children's section. *Doc. 63-2* at 5.

57. **Fact**: TLKP sometimes selects books by taking them off the shelf and reading synopsis in the book jacket. *Doc. 63-2* at 5. She likes books with cool colors, fonts, and names. *Doc. 63-2* at 5.

58. **Fact**: If TLKP cannot find a specific book that she wants, she double-checks to see if it is misplaced or moved. *Doc. 63-2* at 5. If TLKP cannot find a book she is looking for she sometimes seeks assistance from a librarian. *Doc. 63-2* at 5. TLKP also seeks assistance from her parent. *Doc. 63-2* at 6. TLKP uses the library computer to look up where certain books are. *Doc. 63-2* at 5.

59. **Fact**: If the library doesn't have the book TLKP wants, she seeks assistance at the circulation desk and asks the librarians to request the book (i.e., through interlibrary loans) from another branch. *Doc. 63-2 at 5, 8.* TLKP also requests DVDs from the library. *Doc. 63-2 at 8.*

60. **Fact**: TLKP knows where the Social Section is at her branch. *Doc. 63-2 at 7.*

61. **Fact**: TLKP browses the Social Section at her branch. *Doc. 63-2 at 7.*

62. **Fact**: If TLKP wanted to get a book from the Social Section, she could go and get it. *Doc. 63-2 at 7.*

63. **Fact**: TLKP could ask for assistance from her mom or dad in getting a book from the Social Section. *Doc. 63-2 at 7.*

64. **Fact**: TLKP only gets nervous asking a librarian for help because she is scared of talking to people. *Doc. 63-2 at 8.*

65. **Fact**: WJMP uses the Cedarville library. *Doc. 63-3 at 8.* He mostly goes to the library with his father. *Doc. 63-3 at 5.*

66. **Fact**: WJMP has his own library card. *Doc. 63-3 at 5.* WJMP checks out library books by himself. *Doc. 63-3 at 5.* Sometimes WJMP and his father check out books together. *Doc. 63-3 at 5.*

67. **Fact**: WJMP visits the children's section and looks in the shelves. *Doc. 63-3 at 4.*

68. **Fact**: If WJMP is looking for a specific book, he looks in all the sections until he finds one that looks good. *Doc. 63-3 at 3.* He searches by walking around. *Doc. 63-3 at 5.*

69. **Fact**: WJMP searches the book covers. *Doc. 63-3 at 3, 6.* He also looks for books he read as a kid. *Doc. 63-3 at 4.*

70. **Fact**: WJMP walks in the children's section, nonfiction section, graphic novel section, adult section, and movie section. *Doc. 63-3 at 6-7.* He usually walks around the library without his mom or dad. *Doc. 63-3 at 7.*

71. **Fact**: If WJMP can't find a book, he would tell the librarian and they would have the book from a different library (i.e., interlibrary loan). *Doc. 63-3 at 6.*

72. **Fact**: WJMP knows what the Social Section is but doesn't know where the Social Section is located. *Doc. 63-3 at 7.*

7

73. **Fact**: WJMP doesn't know what types of books are in the Social Section. *Doc. 63-3* at 8.

74. **Fact**: If WJMP wanted to go to the Social Section, he would look around and try to find it. *Doc. 63-3* at 7. He would also probably ask his mom or dad where it is. *Doc. 63-3* at 7. He would not ask a librarian but does not know why he would not ask. *Doc. 63-3* at 7.

75. **Fact**: WJMP believes he has probably been to the Social Section but doesn't recall visiting with his mom or dad. *Doc. 63-3* at 8.

**Samantha Rowlett and her Minor Children's Library Use**

76. **Fact**: Samantha Rowlett has taken her two children and two step-children to the Social Section to retrieve and checkout books. *Doc. 63-4* at 11, 46.

77. **Fact**: Samantha Rowlett, her two step-children and her child—SES—browse the Social Section together and independently of one another. *Doc. 63-4* at 8. at 11, 46; *Doc. 63-5* at 4; *Doc. 63-6* at 6; *Doc. 63-7*at 7.

78. **Fact**: Samantha Rowlett's child—JJR—never walks around the library alone and her mother assists her in getting books. *Doc. 63-8* at 3.

79. **Fact**: Samantha Rowlett assists her minor children in retrieving books from the Social Section. *Doc. 63-4* at 39 (explaining she hoists her youngest daughter, JRR, up to retrieve books); *Doc. 63-8* at 3.

80. **Fact**: Removal of the green sticker would alleviate Samantha Rowlett's stigmatization concerns. *Doc. 63-4* at 35.

81. **Fact**: Due to the Social Section, Plaintiff Rowlett, her children, and her step-children are not able to browse in the same manner as they once did. *Doc. 63-4* at 40; *See also Doc. 63-9* at 21 (Plaintiff Virden explaining that her co-plaintiffs believe their browsing is incomplete).

82. **Fact**: Plaintiff Rowlett utilizes the same browsing techniques for books located inside and outside of the Social Section. *Doc. 63-4* at 36.

83. **Fact**: Plaintiff Rowlett utilizes the card catalog. *Doc. 63-4* at 36.

84. **Fact**: Plaintiff Rowlett's children know where the Social Section is located. *Doc. 63-4* at 46.

85. **Fact**: Plaintiff Rowlett feels judged by other library patrons when they seek her stack of books with green spine stickers. *Doc. 63-4* at 35, 53.

86. **Fact**: Plaintiff Rowlett has given "four or five" media interviews regarding the Social Section and her lawsuit. *Doc. 63-4 at 17.*

87. **Fact**: Plaintiff Rowlett has utilized the reconsideration policy to challenge books placed in the Social Section. *Doc. 63-4 at 23.*

88. **Fact**: Plaintiff Rowlett's step-child, KGR, uses the Alma and Van Buren library branches. *Doc. 63-5 at 4.* KGR has her own library card. *Doc. 63-5 at 3.*

89. **Fact**: KGR uses the library for fantasy books and mysteries. *Doc. 63-5 at 3.* She usually gets books out of the children's section. *Doc. 63-5 at 3.*

90. **Fact**: KGR usually finds books by browsing. *Doc. 63-5 at 3.* She reads the back of the book to see if it is interesting. *Doc. 63-5 at 3.*

91. **Fact**: If KGR needed a book from the adult section, she would ask her mom for help. *Doc. 63-5 at 4.* She would ask a librarian for help if she were in the Alma library. *Doc. 63-5 at 4.*

92. **Fact**: KGR knows where the Social Section is and looks in it. *Doc. 63-5 at 4.*

93. **Fact**: KGR has checked out books from the Social Section. *Doc. 63-5 at 4.*

94. **Fact**: KGR browses the Social Section a lot. *Doc. 63-5 at 4.*

95. **Fact**: Plaintiff Rowlett's step-child, HMR, uses the Alma and Van Buren libraries. *Doc. 63-4 at 77.*

96. **Fact**: HMR has his own library card. *Doc. 63-6 at 6.*

97. **Fact**: HMR is usually not with Plaintiff Rowlett because Plaintiff Rowlett is with JJR. *Doc. 63-6 at 5.*

98. **Fact**: HMR checks out books from the library by himself. *Doc. 63-6 at 6.*

99. **Fact**: HMR first looks for books in the children's section. *Doc. 63-6 at 5.* He uses the young adult section. *Doc. 63-6 at 4.* If he can't find something, he asks a librarian. *Doc. 63-6 at 4, 5.*

100. **Fact**: HMR selects book by finding ones that look interesting and reading the back. *Doc. 63-6 at 5.*

101. **Fact**: HMR looks for books in the Social Section almost every time he goes in the library. *Doc. 63-6* at 6.

102. **Fact**: HMR has checked out books from the Social Section. *Doc. 63-6* at 6.

103. **Fact**: Plaintiff Rowlett's child, SES, uses the Alma and Van Buren branches of the library. *Doc. 63-7* at 5, 6.

104. **Fact**: SES goes to the library with her mom, Plaintiff Rowlett. *Doc. 63-7* at 5.

105. **Fact**: SES has her own library card. *Doc. 63-7* at 5.

106. **Fact**: SES checks out books at the library by herself. *Doc. 63-7* at 5.

107. **Fact**: SES walks around the library and looks at stuff. *Doc. 63-7* at 6.

108. **Fact**: If SES were looking for a specific book, she would look for the letter. *Doc. 63-7* at 6.

109. **Fact**: SES selects books by pulling them off the shelf and looking at the back and the inside. *Doc. 63-7* at 5.

110. **Fact**: When SES is unable to find a specific book, she asks Plaintiff Rowlett or a librarian for help. *Doc. 63-7* at 5, 6. Plaintiff Rowlett could search for the book. *Doc. 63-7* at 5.

111. **Fact**: If SES wanted a book from the Social Section, she could ask Plaintiff Rowlett for help. *Doc. 63-7* at 6-7.

112. **Fact**: SES looks in the Social Section by herself. *Doc. 63-7* at 7.

113. **Fact**: Plaintiff Rowlett helps SES get Social Section books. *Doc. 63-7* at 7.

114. **Fact**: Plaintiff Rowlett's child, JJR, goes to the library with her mom. *Doc. 63-8* at 3.

115. **Fact**: Plaintiff Rowlett helps JJR pick out books. *Doc. 63-8* at 3.

116. **Fact**: JJR never walks around the library by herself. *Doc. 63-8* at 3.

117. **Fact**: JJR gets books by grabbing them off the shelves. *Doc. 63-8* at 3.

**Rebecca Virden and her Minor Children's Library Use**

118. **Fact**: Plaintiff Virden takes her children to the Social Section. *Doc. 63-9* at 13.

119. **Fact**: Plaintiff Virden selects books for her children from the Social Section. *Doc. 63-9* at 13.

120. **Fact**: After selecting books from the Social Section, Plaintiff Virden takes her children to the children's section to read the books. *Doc. 63-9* at 13.

121. **Fact**: Due to the Social Section, Plaintiff Virden believes her browsing is incomplete. *Doc. 63-9* at 26. But Plaintiff Virden is still able to browse the library, including the Social Section. *Id.*

122. **Fact**: Plaintiff Virden admits that asking a librarian is part of her general browsing habits. *Doc. 63-9* at 22.

123. **Fact**: Plaintiff Virden utilizes the same browsing techniques for books located inside and outside of the Social Section. *Doc. 63-9* at 22.

124. **Fact**: Plaintiff Virden utilizes the card catalog. *Doc. 63-9* at 22.

125. **Fact**: Plaintiff Virden has utilized the Reconsideration Policy to challenge books placed in the Social Section. *Doc. 63-4* at 23.

> Respectfully Submitted,
>
> **PPGMR Law, PLLC**
>
> James D. Rankin III, AR Bar #93197
> Forrest C. Stobaugh, AR Bar #2018186
> Samuel S. McLelland, AR Bar #2020101
> P.O. Box 3446
> Little Rock, AR 72203
> Telephone: (501) 603-9000
> Facsimile: (501) 603-0556
> E-mail: Jim@ppgmrlaw.com
>      Forrest@ppgmrlaw.com
>      Sam@ppgmrlaw.com
>
> *Attorneys for Defendants*