MEADORS LAW FIRM

BRIAN MEADORS, TRIAL LAWYER
LICENSED IN AR & DC

brianmeadors@gmail.com
980-867-1371

February 18, 2024

VIA FEDERAL EXPRESS
Clerk of the Court
U.S. District Court for the Western District of Arkansas
Judge Isaac C. Parker Federal Bldg.
South 6th Street and Rogers Ave.
Room 1038
Fort Smith, AR 72901

re: Electronic files for Plaintiffs' summary judgment filing in *Virden v. Crawford County*, 2:23-CV-02071-PKH

Ladies and Gentlemen:

Plaintiffs are moving for summary judgment in the above-styled matter. The enclosed thumb drive has the electronic files for Exhibits 2, 8, and 11 to Ms. Virden's Affidavit:

**Exhibit 2** (December 2022 QC meeting audio)
   2022-12-19 QC Meeting Audio.mp3
**Exhibit 8** (February 2023 QC meeting audio)
   Quorum 02-21-23.mp3
**Exhibit 11** (Four video clips showing distance from children's section to Social Section)
   Alma PL.MOV; Cedarville PL.MOV; Mountainburg PL.MOV; Van Buren PL.MOV

Thank you for your assistance.

*[signature]*

Brian Meadors

enc: thumb drive
cc w/ enclosures: Sam McClelland (opposing counsel)