UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

REBECKA VIRDEN; SAMANTHA ROWLETT;
and NINA PRATER, on their own behalf and on
behalf of their minor children                                                           PLAINTIFFS

v.                                        No. 2:23-cv-2071

CRAWFORD COUNTY, ARKANSAS;
COUNTY JUDGE CHRIS KEITH in his official
capacity only; QUORUM COURT MEMBERS
ROBERT KEVIN ARNOLD, LONNIE MYERS,
MORGAN R. MORGAN, BRAD MARTIN,
MARK SHAFFER, LONNIE JENNINGS, TIA
WOODRUFF, JASON COX, CRAIG
WAHLMEIER, MITCH CAROLAN, ROGER
ATWELL, JAYSON PEPPAS, and JEFF
BEAUCHAMP in their official capacities only;
LIBRARY BOARD MEMBERS KEITH PIGG,
TAMMARA HAMBY, KALEIN SCHAPER,
KAYLA RICH, and ROBBY DYER in their
official capacities only; and LIBRARY
DIRECTOR CHARLENE McDONNOUGH in
her official capacity only                                                              DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the opinion and order entered in this case on this date, IT IS HEREBY ADJUDGED that Plaintiffs are entitled to the following injunctive relief against Defendants, and that Defendants are therefore ORDERED to immediately dissolve the "social" or "social issues" sections in the Crawford County Library System and to move the materials contained therein to appropriate sections in general circulation without consideration of whether they approve or agree with the viewpoints expressed in such materials, and without consideration of whether the viewpoints expressed in such materials are unpopular or controversial. Defendants are further ORDERED to refrain from coercing Crawford County Library System staff into acting inconsistently with this injunction.

IT IS SO ADJUDGED this 30th day of September, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE