IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**REBECKA VIRDEN, on their own behalf and
on behalf of their minor children; SAMANTHA
ROWLETT, on their own behalf and on behalf
of their minor children; NINA PRATER, on their
own behalf and on behalf of their minor children**                    **PLAINTIFFS**

vs.                                       No. 2:23-cv-2071-TLB

**CRAWFORD COUNTY, ARKANSAS, *et al*,**                               **DEFENDANTS**

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

COME NOW Defendants, Crawford County, Arkansas, County Judge Chris Keith, Library Director Charlene McDonnough, Quorum Court Members: Robert Kevin Arnold, Lonnie Myers, Morgan R. Morgan, Jason Peppas, Brad Martin, Mark Shaffer, Lonnie Jennings, Tia Woodruff, Jason Cox, Jeff Beauchamp, Craig Wahlmeier, Mitch Carolan, and Roger Atwell, and Library Board Members: Keith Pigg, Kayla Rich, Tammara Hamby, Robby Dyer, and Kaelin Schaper (collectively "Defendants"), all in their official capacities, by and through their undersigned counsel, and for their Motion for Extension of Time to Respond, state:

1. On September 30, 2024, Judge Holmes awarded judgment to the Plaintiffs in this case. *See Doc. 106.*

2. On October 15, 2024, Plaintiffs moved for their costs and attorney fees pursuant to 42 U.S.C. § 1988. *Doc. 107.* Plaintiffs seek a total award of $112,978.31, composed of $108,377.75 for attorneys fees and $4,600.56 for costs. *Id.*

3. Defendants' response to Plaintiffs' motion is currently due October 29, 2024.

4. Since filing the motion, the parties' counsel have been engaged in negotiations to settle Plaintiffs' fee motion. Those conversations have been beneficial, and the parties' counsel are continuing to work on the particulars of a potential settlement.

5. However, given the number of county officials named in this suit, the county procedural requirements to approve a potential settlement, and the current pace of negotiations, Defendants are requesting a 29-day extension to respond to Plaintiffs' motion, *Doc. 107*. This would make Defendants' response due on November 27, 2024.

6. Defendants believe this extension is necessary to allow for the proper approval processes in both negotiations, acceptance of settlement, and appropriation of funding for the Plaintiffs' fee award.

7. Defendants' counsel will continue to work diligently to ensure that should settlement negotiations break down, they will file a response to Plaintiffs' motion promptly to avoid further delay.

8. Defendants' counsel has conferred with Plaintiffs' counsel and Plaintiffs do not object to this motion.

WHEREFORE, Defendants respectfully request that the Court grant Defendants motion; extend Defendants' response deadline to November 27, 2024; and for all other just and proper relief to which they are entitled.

Respectfully submitted,

**PPGMR Law, PLLC**

James D. Rankin III, AR Bar #93197
Forrest C. Stobaugh, AR Bar #2018186
Samuel S. McLelland, AR Bar #2020101
P.O. Box 3446
Little Rock, AR 72203
Telephone: (501) 603-9000
Facsimile: (501) 603-0556
E-mail: Jim@ppgmrlaw.com
Forrest@ppgmrlaw.com
Sam@ppgmrlaw.com

*Attorneys for Defendants*