IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**REBECKA VIRDEN; SAMANTHA ROWLETT;**
and **NINA PRATER**, on their own behalf and
on behalf of their minor children                                          PLAINTIFFS

V.                                   CASE NO. 2:23-CV-2071

**CRAWFORD COUNTY, ARKANSAS; COUNTY
JUDGE CHRIS KEITH in his official capacity
only; QUORUM COURT MEMBERS ROBERT
KEVIN ARNOLD, LONNIE MYERS, MORGAN R.
MORGAN, BRAD MARTIN, MARK SHAFFER,
LONNIE JENNINGS, TIA WOODRUFF, JASON
COX, CRAIG WAHLMEIER, MITCH CAROLAN,
ROGER ATWELL, JAYSON PEPPAS, and JEFF
BEAUCHAMP in their official capacities only;
LIBRARY BOARD MEMBERS KEITH PIGG,
TAMMARA HAMBY, KALEIN SCHAPER, KAYLA
RICH, and ROBBY DYER in their official capacities
only; and LIBRARY DIRECTOR CHARLENE
McDONNOUGH in her official capacity only**                    DEFENDANTS

## AMENDED JUDGMENT

The Court previously entered Judgment (Doc. 106) in this case on September 30, 2024, awarding all Plaintiffs injunctive relief against all Defendants. **IT IS HEREBY ORDERED** that the Judgment is **AMENDED** to include the following monetary award: Defendants are **ORDERED** to reimburse Plaintiffs their reasonable attorney fees in the total amount of **$108,377.75** and costs in the amount of **$4,600.56**, for a total award of **$112,978.31**.

**IT IS SO ORDERED AND ADJUDGED** this 16th day of April, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

1