# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**REBECKA VIRDEN,** et al.,
Plaintiffs,

v.  CASE NO. 2:23-CV-02071

**CRAWFORD COUNTY, ARKANSAS,** et al.,
Defendants.

## SATISFACTION OF JUDGMENT

COME NOW the Plaintiffs, by and through their undersigned counsel, and hereby acknowledge that the money judgment entered by this Court in the above-captioned matter at Doc. 150 has been fully satisfied as to all Defendants. This Satisfaction of Judgment does not waive any state claims that Plaintiffs or others may have about the proper source of those funds.

Pursuant to Local Rule 58.2(a)(1), Plaintiffs request that the Clerk of Court enter this Satisfaction of Judgment upon the docket of this case

Respectfully submitted,

| /s/ Terrence Cain | /s/ Brian Meadors |
|---|---|
| Terrence Cain, Ark. Bar # 99128 | Brian Meadors, Ark. Bar # 2001186 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| 208 Brown Street | 1930 W. Oak Shadows Cir |
| Little Rock, AR 72205-5841 | Memphis, TN 38119 |
| 501-952-8421 | 980-867-1371 |

| terrencecain@windstream.net | brianmeadors@gmail.com |